**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        In re Ronald Dwayne Whitfield

Appellate case number:   01-22-00116-CV

Date motion filed:           April 7, 2022

Party filing motion:          Relator, Ronald Dwayne Whitfield

Relator, Ronald Dwayne Whitfield, has filed a motion for en banc reconsideration of this Court's March 31, 2022 opinion denying his petition for writ of mandamus. *See* TEX. R. APP. P. 49.7.

The en banc court has unanimously voted to deny relator's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature:   ____/s/ Amparo Guerra_____
                              Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:   ____May 12, 2022_____